IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INGRID LAWRENCE SMYRNA in her representative capacity as the personal representative of the Estate of ANDREW JUNIOR SMYRNA, deceased; Bria Maddox on behalf of Jai Maddox, the minor children of ANDREW JUNIOR SMYRNA, deceased, and Ashley Weems on behalf of Brooklyn Smyrna, the minor children of ANDREW JUNIOR SMYRNA, deceased, <br><br> Plaintiff, <br> vs. <br><br> GEORGIA STATE TROOPER BRANDON BYRD; ATLANTA POLICE OFFICER AUBREE HORTON; TIM BURELL; JOSEPH RIVERA; HERTZ VEHICLES, LLC; and NATIONAL INSURANCE CRIME BUREAU, INC., <br><br> Defendants. | Case Number 1:21-cv-04481-AT |

**JOINT MEDIATION STATUS REPORT**

Pursuant to the Court's October 22, 2024 Order (Dkt. 282), the Parties, by and through their undersigned counsel of record, submit the following Joint Mediation Status Report:

1.	Plaintiffs and Defendants Hertz Vehicles, LLC, Tim Burell, National Insurance Crime Bureau, Inc. and Joseph Rivera participated in a mediation on December 9, 2024. All such parties reached a settlement and are jointly finalizing formal settlement documents. Plaintiffs will later seek Court approval of such settlement given the minor status of certain Plaintiffs. Plaintiffs and Defendants Hertz Vehicles, LLC, Tim Burell, National Insurance Crime Bureau, Inc., and Joseph Rivera therefore respectfully request that all deadlines related to them, including those pertaining to expert discovery and summary judgment, be stayed while such settlement agreement is finalized, presented for approval, and otherwise fully effectuated.

2.	Plaintiffs and Defendant Byrd participated in mediation on December 16, 2024. Said parties were not able to reach a settlement at mediation, but are continuing their settlement efforts and endeavoring to reach a resolution on or before February 1, 2025. Said parties will provide a written status update to the Court in that regard on or before February 5, 2025, and respectfully request that all deadlines related to them, including those pertaining to expert discovery and summary judgment, be stayed through and until that time.

3.	Following mediation, Plaintiffs have agreed to dismiss Defendant Horton from this case and agreed to forego substitution of Horton's Estate as a Defendant. Plaintiffs will file a stipulation of dismissal of Defendant Horton on or

2

before the Court's December 20th deadline to substitute his Estate.

Respectfully submitted this 19th day of December, 2024.

| | |
|---|---|
| */s/ Dianna J. Lee* | */s/ J. Carole Thompson Hord* |
| L. Chris Stewart | J. Carole Thompson Hord |
| Georgia Bar No. 142289 | Georgia Bar No. 291473 |
| Justin D. Miller | **SCHREEDER WHEELER** |
| Georgia Bar No. 001307 | **& FLINT, LLP** |
| Dianna J. Lee | 1100 Peachtree Street, N.E. |
| Georgia Bar No. 163391 | Suite 800 |
| **STEWART MILLER SIMMONS** | Atlanta, Georgia 30309 |
| **TRIAL ATTORNEYS** | Telephone: (404) 954-9858 |
| 55 Ivan Allen Jr. Blvd. | Facsimile: (404) 681-1046 |
| Suite 700 | chord@swfllp.com |
| Atlanta, Georgia 30308 | |
| (844) 874-2500 main | William C. O'Neil (*pro hac*) |
| (470) 344-6719 fax | Jeffrey J. Huelskamp (*pro hac*) |
| cstewart@smstrial.com | A. Matthew Durkin (*pro hac*) |
| jmiller@smstrial.com | J. Henry Blattner (*pro hac*) |
| dlee@smstrial.com | **WINSTON & STRAWN LLP** |
| | 35 W. Wacker Drive |
| */s/ Thomas E. Reynolds, Jr.* | Chicago, IL 60601 |
| Thomas E. Reynolds, Jr. | Telephone: (312) 558-5600 |
| Georgia Bar No. 778864 | Facsimile: (312) 558-5700 |
| **REYNOLDS LAW GROUP, LLC** | woneil@winston.com |
| 3390 Peachtree Road, NE | jhuelskamp@winston.com |
| Suite 1100 | mdurkin@winston.com |
| Atlanta, Georgia 30326 | hblattner@winston.com |
| Telephone: (888) 665-0241 | |
| Facsimile: (888) 677-1453 | *Counsel for Defendants Hertz* |
| treynolds@thomasreynoldslaw.com | *Vehicles, LLC and Tim Burell* |
| | |
| *Counsel for Plaintiffs* | */s/ Gwendolyn D. Havlik* |
| | Barbara A. Marschalk |
| */s/ Nia Nzinga Norwood* | Georgia Bar No. 324498 |
| Nia Nzinga Norwood | Gwendolyn D. Havlik |
| Georgia Bar No. 268290 | Georgia Bar No. 574891 |
| Assistant Attorney General | **DREW ECKL &** |
| Christopher M. Carr | **FARNHAM, LLP** |

3

Georgia Bar No. 112505
Attorney General
Loretta Pinkson Pope
Deputy Attorney General
**STATE LAW DEPARTMENT**
40 Capitol Square SW
Atlanta, GA 30334
Tel: (404) 458-3628
nwaller@law.ga.gov

*Counsel for Defendant Byrd*

/s/ M. Blake Walker
R. David Ware
Georgia Bar No. 737756
Russell A. Britt
Georgia Bar No. 473664
M. Blake Walker
Georgia Bar No. 993236
**HALL BOOTH SMITH, P.C.**
191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
Tel: (404) 954-5000
Fax: (404) 954-5020
dware@hallboothsmith.com
rbritt@hallboothsmith.com
bwalker@hallboothsmith.com

*Counsel for Defendant Horton*

303 Peachtree St. NE
Suite 3500
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
marschalkb@deflaw.com
havlikg@deflaw.com

*Counsel for Defendants NICB and Joseph Rivera*

## **CERTIFICATION OF FONT SIZE**

Pursuant to Local Rule 7.1D, Northern District of Georgia, I hereby certify that the foregoing pleading is prepared using the 14-point Times New Roman font approved in Local Rule 5.1C, Northern District of Georgia.

This 19th day of December, 2024.

/s/ Dianna J. Lee
L. Chris Stewart
Georgia Bar No. 142289
Justin D. Miller
Georgia Bar No. 001307
Dianna J. Lee
Georgia Bar No. 163391

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Georgia 30308
(844) 874-2500 main
(470) 344-6719 fax
cstewart@smstrial.com
jmiller@smstrial.com
dlee@smstrial.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I electronically filed the within and foregoing Joint Mediation Status Report with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Dianna J. Lee
L. Chris Stewart
Georgia Bar No. 142289
Justin D. Miller
Georgia Bar No. 001307
Dianna J. Lee
Georgia Bar No. 163391

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Georgia 30308
(844) 874-2500 main
(470) 344-6719 fax
cstewart@smstrial.com
jmiller@smstrial.com
dlee@smstrial.com
*Counsel for Plaintiffs*