# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INGRID LAWRENCE SMYRNA in her representative capacity as the personal representative of the Estate of ANDREW JUNIOR SMYRNA, deceased; Bria Maddox on behalf of Jai Maddox, the minor children of ANDREW JUNIOR SMYRNA, deceased, and Ashley Weems on behalf of Brooklyn Smyrna, the minor children of ANDREW JUNIOR SMYRNA, deceased, <br><br> Plaintiff, <br> vs. <br><br> GEORGIA STATE TROOPER BRANDON BYRD; ATLANTA POLICE OFFICER AUBREE HORTON; TIM BURELL; JOSEPH RIVERA; HERTZ VEHICLES, LLC; and NATIONAL INSURANCE CRIME BUREAU, INC., <br><br> Defendants. | Case Number 1:21-cv-04481-AT |

## STIPULATION OF DISMISSAL OF DEFENDANT HORTON

In accordance with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the undersigned Parties hereby stipulate and agree to the dismissal with prejudice of

Defendant Aubree Horton from the above-identified action.

Respectfully submitted this 9th day of January, 202.

| | |
|---|---|
| */s/ Dianna J. Lee* <br> L. Chris Stewart <br> Georgia Bar No. 142289 <br> Justin D. Miller <br> Georgia Bar No. 001307 <br> Dianna J. Lee <br> Georgia Bar No. 163391 <br> **STEWART MILLER SIMMONS TRIAL ATTORNEYS** <br> 55 Ivan Allen Jr. Blvd. <br> Suite 700 <br> Atlanta, Georgia 30308 <br> (844) 874-2500 main <br> (470) 344-6719 fax <br> cstewart@smstrial.com <br> jmiller@smstrial.com <br> dlee@smstrial.com <br><br> */s/ Thomas E. Reynolds, Jr.* <br> Thomas E. Reynolds, Jr. <br> Georgia Bar No. 778864 <br> **REYNOLDS LAW GROUP, LLC** <br> 3390 Peachtree Road, NE <br> Suite 1100 <br> Atlanta, Georgia 30326 <br> Telephone: (888) 665-0241 <br> Facsimile: (888) 677-1453 <br> treynolds@thomasreynoldslaw.com <br><br> *Counsel for Plaintiffs* <br><br> */s/ Nia Nzinga Norwood* <br> Nia Nzinga Norwood <br> Georgia Bar No. 268290 | */s/ J. Carole Thompson Hord* <br> J. Carole Thompson Hord <br> Georgia Bar No. 291473 <br> **SCHREEDER WHEELER & FLINT, LLP** <br> 1100 Peachtree Street, N.E. <br> Suite 800 <br> Atlanta, Georgia 30309 <br> Telephone: (404) 954-9858 <br> Facsimile: (404) 681-1046 <br> chord@swfllp.com <br><br> William C. O'Neil (*pro hac*) <br> Jeffrey J. Huelskamp (*pro hac*) <br> A. Matthew Durkin (*pro hac*) <br> J. Henry Blattner (*pro hac*) <br> **WINSTON & STRAWN LLP** <br> 35 W. Wacker Drive <br> Chicago, IL 60601 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 <br> woneil@winston.com <br> jhuelskamp@winston.com <br> mdurkin@winston.com <br> hblattner@winston.com <br><br> *Counsel for Defendants Hertz Vehicles, LLC and Tim Burell* <br><br> */s/ Gwendolyn D. Havlik* <br> Barbara A. Marschalk <br> Georgia Bar No. 324498 <br> Gwendolyn D. Havlik <br> Georgia Bar No. 574891 |

Assistant Attorney General
Christopher M. Carr
Georgia Bar No. 112505
Attorney General
Loretta Pinkson Pope
Deputy Attorney General
**STATE LAW DEPARTMENT**
40 Capitol Square SW
Atlanta, GA 30334
Tel: (404) 458-3628
nwaller@law.ga.gov

*Counsel for Defendant Byrd*

/s/ M. Blake Walker
R. David Ware
Georgia Bar No. 737756
Russell A. Britt
Georgia Bar No. 473664
M. Blake Walker
Georgia Bar No. 993236
**HALL BOOTH SMITH, P.C.**
191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
Tel: (404) 954-5000
Fax: (404) 954-5020
dware@hallboothsmith.com
rbritt@hallboothsmith.com
bwalker@hallboothsmith.com

*Counsel for Defendant Horton*

**DREW ECKL & FARNHAM, LLP**
303 Peachtree St. NE
Suite 3500
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
marschalkb@deflaw.com
havlikg@deflaw.com

*Counsel for Defendants NICB and Joseph Rivera*

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the within and foregoing **Stipulation of Dismissal of Defendant Aubree Horton** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 9th day of January, 2025.

/s/ Dianna J. Lee
L. Chris Stewart
Georgia Bar No. 142289
Justin D. Miller
Georgia Bar No. 001307
Dianna J. Lee
Georgia Bar No. 163391

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Georgia 30308
(844) 874-2500 main
(470) 344-6719 fax
cstewart@smstrial.com
jmiller@smstrial.com
dlee@smstrial.com
*Counsel for Plaintiffs*