# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| INGRID LAWRENCE SMYRNA in her capacity as the personal representative of the Estate of ANDREW JUNIOR SMYRNA, deceased; BRIA MADDOX on behalf of JAI MADDOX, the minor child of ANDREW SMYRNA; and ASHLEY WEEMS on behalf of BROOKLYN SMYRNA, the minor child of ANDREW SMYRNA, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 1:21-cv-04481-AT |
| vs. | ) ) | |
| GEORGIA STATE TROOPER BRANDON BYRD; ATLANTA POLICE OFFICER AUBREE HORTON; TIM BURELL; JOSEPH RIVERA; HERTZ VEHICLES, LLC; and NATIONAL INSURANCE CRIME BUREAU, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

COME NOW, the Parties in the above-captioned civil action and hereby file this Joint Status Report regarding their progress in resolving this case, showing this Honorable Court as follows:

1

Plaintiffs have settled their disputes with Defendants Hertz Vehicles, LLC and Tim Burell; Defendants National Insurance Crime Bureau, Inc. and Joseph Rivera; and Defendant Brandon Byrd. In accordance with O.C.G.A. § 29-3-3(c)(3), Plaintiffs are in the process of appointing conservators for the Minor Plaintiffs and anticipate that the same will be finalized on or before March 31, 2025,[1] following which Plaintiffs will submit their settlements for approval to this Court within ten (10) days thereafter. In the event there is a delay in setting up the conservatorships beyond March 31, 2025, Plaintiffs will notify the Court of the same on or before said date.

Respectfully submitted this 11th day of February, 2025.

| **Counsel for Plaintiffs:** | **Counsel for Burell and Hertz Vehicles, LLC:** |
|---|---|
| /s/ *Dianna J. Lee* | /s/ *J. Carole Thompson Hord* |
| L. Chris Stewart | J. Carole Thompson Hord |
| Georgia Bar No. 142289 | Georgia Bar No. 291473 |
| Justin D. Miller | **SCHREEDER WHEELER** |
| Georgia Bar No. 001307 | **& FLINT, LLP** |
| Dianna J. Lee | 1100 Peachtree Street, N.E. |
| Georgia Bar No. 163391 | Suite 800 |
| **STEWART MILLER SIMMONS** | Atlanta, Georgia 30309 |
| **TRIAL ATTORNEYS** | Telephone: (404) 954-9858 |

---

[1] Plaintiffs' probate attorney has advised that he has encountered issues obtaining acknowledgements of service from the requisite family members which have delayed his filing of Plaintiffs' petitions for appointment of a conservator, but anticipates that said issues are being resolved such that Plaintiffs' petitions can be filed by the end of this week. Plaintiffs' probate attorney has advised that he anticipates that conservators will be appointed for the Minor Plaintiffs on or before March 31, 2025.

One Overton Park
3625 Cumberland Blvd. C-100
Atlanta, GA 30339
(844) 874-2500 main
(470) 344-6719 fax
cstewart@smstrial.com
jmiller@smstrial.com
dlee@smstrial.com

*/s/ Thomas E. Reynolds, Jr.*
Thomas E. Reynolds, Jr.
Georgia Bar No. 778864
**REYNOLDS LAW GROUP, LLC**
3390 Peachtree Road, NE
Suite 1100
Atlanta, Georgia 30326
Telephone: (888) 665-0241
treynolds@thomasreynoldslaw.com

**Counsel for Defendant Byrd:**

*/s/ Nia Nzinga Norwood*
Nia Nzinga Norwood
Georgia Bar No. 268290
Assistant Attorney General
Christopher M. Carr
Georgia Bar No. 112505
Attorney General
Loretta Pinkson Pope
Deputy Attorney General
**STATE LAW DEPARTMENT**
40 Capitol Square SW
Atlanta, GA 30334
Tel: (404) 458-3628
nwaller@law.ga.gov

Facsimile: (404) 681-1046
chord@swfllp.com

William C. O'Neil (*pro hac*)
Jeffrey J. Huelskamp (*pro hac*)
A. Matthew Durkin (*pro hac*)
J. Henry Blattner (*pro hac*)
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
woneil@winston.com
jhuelskamp@winston.com
mdurkin@winston.com
hblattner@winston.com
Facsimile: (888) 677-1453

**Counsel for NICB and Rivera:**

*/s/ Gwendolyn D. Havlik*
Barbara A. Marschalk
Georgia Bar No. 324498
Gwendolyn D. Havlik
Georgia Bar No. 574891
**DREW ECKL & FARNHAM, LLP**
303 Peachtree St. NE
Suite 3500
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
marschalkb@deflaw.com
havlikg@deflaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INGRID LAWRENCE SMYRNA in her capacity as the personal representative of the Estate of ANDREW JUNIOR SMYRNA, deceased; BRIA MADDOX on behalf of JAI MADDOX, the minor child of ANDREW SMYRNA; and ASHLEY WEEMS on behalf of BROOKLYN SMYRNA, the minor child of ANDREW SMYRNA, ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | CIVIL ACTION NO. 1:21-cv-04481-AT |
| ) | |
| vs. ) ) | |
| GEORGIA STATE TROOPER BRANDON BYRD; ATLANTA POLICE OFFICER AUBREE HORTON; TIM BURELL; JOSEPH RIVERA; HERTZ VEHICLES, LLC; and NATIONAL INSURANCE CRIME BUREAU, INC., ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **JOINT STATUS REPORT** by serving a true copy of same by filing the same via the Court's ECF electronic filing system which sends electronic notice of the same to the following counsel of record:

J. Carole Thompson Hord
**SCHREEDER WHEELER & FLINT, LLP**
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 954-9858
Facsimile: (404) 681-1046
Email: chord@swfllp.com
*Counsel for Defendants Burell and Hertz Vehicles*

William C. O'Neil
Jeffrey J. Huelskamp
A. Matthew Durkin
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: woneil@winston.com
Email: jhuelskamp@winston.com
Email: mdurkin@winston.com
*Counsel for Defendants Burell and Hertz Vehicles*

Gwendolyn D. Havlik
**DREW ECKL & FARNHAM, LLP**
303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: havlikg@deflaw.com
*Counsel for Defendants Rivera and NICB*

Nia Waller
**GEORGIA DEPARTMENT OF LAW**
40 Capitol Square SW
Atlanta, GA 30334  701415
Tel: (404) 458-3627
Email: nwaller@law.ga.gov
*Counsel for Defendant Byrd*

This 11th day of February, 2025.

/s/ Dianna J. Lee
Dianna J. Lee
Georgia Bar No. 163391

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
One Overton Park
3625 Cumberland Blvd. C-100
Atlanta, GA 30339
(404) 328-7596 - Direct
dlee@smstrial.com
*Counsel for Plaintiffs*