UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ESTATE OF ANDREW JUNIOR SMYRNA; BRIA MADDOX on behalf of JAI MADDOX, the minor child of ANDREW SMYRNA; and ASHLEY WEEMS on behalf of BROOKLYN SMYRNA, the minor child of ANDREW SMYRNA, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 1:21-cv-04481-AT |
| vs. | ) ) | |
| GEORGIA STATE TROOPER BRANDON BYRD; TIM BURELL; JOSEPH RIVERA; HERTZ VEHICLES, LLC; and NATIONAL INSURANCE CRIME BUREAU, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER APPROVING MINOR SETTLEMENT AND DISBURSEMENT OF SETTLEMENT FUNDS**

This matter is before the Court on Plaintiffs' Motion to Approve Minor Settlement and Disbursement of Settlement Funds, and having reviewed said Motion and the attached release and settlement agreements and other supporting documentation, and with the consent of all parties and for good cause shown, IT IS HEREBY ORDERED AND ADJUDGED that:

1. The release and settlement agreements entered into by Plaintiffs with (a) Defendants Tim Burrell and Hertz Vehicles, LLC; (b) Defendants Joseph Rivera and National Insurance Crime Bureau, Inc.; and (c) Defendant Brandon Byrd. collectively totaling $6,600,000.00 in gross settlement proceeds, are hereby APPROVED as being fair, reasonable, and in the best interest of the minor children.

2. The proposed disbursement of the settlement proceeds as detailed in the Motion and the Final Settlement Disbursement Statement is hereby APPROVED as reasonable and consistent with the best interests of the minor Plaintiffs.

3. Payment of Plaintiffs' attorneys' fees in the amount of $2,772,000.00 (42% of the gross settlement proceeds), as well as reimbursement of case costs and litigation expenses in the amount of $126,128.84, are APPROVED as reasonable, fair, and appropriate in light of the complexity of the case.

4. All net settlement proceeds in the amount of $3,701,871.16 shall be distributed to the Estate of Andrew Junior Smyrna and deposited into the Clayton County Probate Court Registry to be held and distributed under the supervision and control of the probate court, consistent with the Probate Court's Orders.

5. From the net settlement proceeds held in the Court Registry:

    a. Ten percent (10%), or $370,187.11, shall be paid to Ingrid Smyrna, former Administrator of the Estate, as compensation for her extraordinary services rendered to the Estate as directed by the Order of the Clayton County Probate Court dated August 1, 2025;

    b. Outstanding estate expenses, taxes, and fees shall be paid only to the extent such payment is further directed by Order of the Clayton County Probate Court;

    c. The remaining balance of the net settlement proceeds shall be equally distributed to minor Plaintiffs Jai Maddox and Brooklyn Smyrna, by and through their respective legal conservators.

6. All distributions of net settlement proceeds from the Estate to the minor Plaintiffs shall be made in accordance with the terms set forth in the Motion and deposited into a separate restricted account under the management of the Fulton County Probate Court and with the guidance of

independent financial professionals retained by the minor Plaintiffs' legal conservators.

7. Within two (2) months following distribution of net settlement proceeds to the minor Plaintiffs, their respective legal conservators shall file with the Fulton County Probate Court a plan/budget for managing, expending, and distributing the minor Plaintiffs' respective property based on the actual needs and best interests of the minor, and shall thereafter file annual returns with the probate court.

This Court retains jurisdiction to enforce the terms of this Order and the settlement agreements referenced herein.

**IT IS SO ORDERED** this 19th day of August, 2025.

**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

**Order prepared by:**

/s/ Dianna J. Lee
L. Chris Stewart
Georgia Bar No. 142289
Justin D. Miller
Georgia Bar No. 001307
Dianna J. Lee
Georgia Bar No. 163391
STEWART MILLER SIMMONS TRIAL ATTORNEYS
One Overton Park
3625 Cumberland Blvd. C-100
Atlanta, GA 30339
(844) 874-2500 main
(470) 344-6719 fax
cstewart@smstrial.com
jmiller@smstrial.com
dlee@smstrial.com

/s/ Thomas E. Reynolds, Jr.
Thomas E. Reynolds, Jr.

Georgia Bar No. 778864
REYNOLDS LAW GROUP, LLC
Lenox Towers
3390 Peachtree Road, NE, Suite 1100
Atlanta, Georgia 30326
Telephone: (888) 665-0241
Facsimile: (888) 677-1453
[treynolds@thomasreynoldslaw.com](mailto:treynolds@thomasreynoldslaw.com)